1  REBECCA D. EISEN, State Bar No. 96129
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:    415.442.1000
   Fax:    415.442.1001
4  Email: reisen@morganlewis.com

5  Attorneys for Defendant
   RBC CAPITAL MARKETS CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. WRIGHT, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS CORPORATION, a corporation formerly doing business as RBC DAIN RAUSCHER INC., RBC DAIN RAUSCHER INC., RBC WEALTH MANAGEMENT; a division of RBC CAPITAL MARKETS CORPORATION, and DOES 1 through 50 inclusive,<br><br>Defendants. | No. 2:09-cv-03601-FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, by and through their counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

/ / /

WHEREAS on or about November 17, 2009, Plaintiff Carl R. Wright ("Plaintiff") instituted this civil action against Defendant RBC Capital Markets Corporation in the Superior Court of the State of California for the County of Sacramento;

WHEREAS Plaintiff served the Complaint on Defendant RBC Capital Markets Corporation on December 17, 2009.  On the same date, Plaintiff contends that he served the Complaint on named Defendants RBC Dain Rauscher Inc. and RBC Wealth Management.  RBC Capital Markets Corporation contends that those defendants are not currently existing legal entities;

WHEREAS on December 29, 2009, Defendant removed this case from the Superior Court of California, Sacramento to this United States District Court for the Eastern District of California;

WHEREAS on January 5, 2010, this case was reassigned to the Honorable Frank C. Damrell, Jr. and Magistrate Judge Gregory G. Hollows, and all dates then set were vacated, and no new dates were set;

WHEREAS on January 6, 2010, Plaintiff filed a First Amended Complaint;

WHEREAS counsel for Defendant needs additional time beyond the 14 days provided by Federal Rule of Civil Procedure 15(a)(3) to conduct a preliminary analysis of the case, so that it can respond to Plaintiff's First Amended Complaint in a meaningful way; and

WHEREAS no previous extensions of time have been requested or granted in this matter, and the parties do not believe that the request would alter any currently existing schedule:

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. Defendant shall have 20 days following Plaintiff's January 6, 2010 filing of the First Amended Complaint (plus 3 days for service of the First Amended Complaint by mail), to and including January 29, 2010, to file a responsive pleading to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED:**

January 8, 2010                    LAW OFFICES OF WILLIAM TORNGREN


                                   By:_____s/ William Torngren_____
                                          WILLIAM TORNGREN

                                   One of the Attorneys for Plaintiff


January 8, 2010                    MORGAN, LEWIS & BOCKIUS LLP


                                   By:_____s/ Rebecca D. Eisen_____
                                          REBECCA D. EISEN

                                   Attorneys for Defendant


**IT IS SO ORDERED:**

Dated: January 11, 2010            _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE