| | |
|---|---|
| 1 | William P. Torngren (Cal. Bar No. 58493) |
|   | **LAW OFFICES OF WILLIAM P. TORNGREN** |
| 2 | 117 J Street, Suite 300 |
|   | Sacramento, California 95814 |
| 3 | Telephone: (916)554-6447 |
|   | Facsimile:  (916)554-6445 |
| 4 | Email: Torngren@TorngrenLaw.com |
| 5 | Scot D. Bernstein (Cal. Bar No. 94915) |
|   | **LAW OFFICES OF SCOT D. BERNSTEIN** |
| 6 | **A Professional Corporation** |
|   | 101 Parkshore Drive, Suite 100 |
| 7 | Folsom, California 95630 |
|   | Telephone:  (916) 447-0100 |
| 8 | Facsimile:  (916) 933-5533 |
|   | Email: swampadero@sbernsteinlaw.com |
| 9 | |
|10 | Gail A. Glick (Cal. Bar No. 174293) |
|   | **ALEXANDER KRAKOW + GLICK LLP** |
|   | 401 Wilshire Boulevard, Suite 1000 |
|11 | Santa Monica, California 90401 |
|   | Telephone: (310) 394-0888 |
|12 | Facsimile: (310) 394-0811 |
|   | Email: gglick@akgllp.com |
|13 | |
|   | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL R. WRIGHT, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>          Plaintiff,<br><br>     v.<br><br>RBC CAPITAL MARKETS CORPORATION, a corporation formerly doing business as RBC DAIN RAUSCHER INC., RBC DAIN RAUSCHER INC., RBC WEALTH MANAGEMENT, a division of RBC CAPITAL MARKETS CORPORATION, and DOES 1 through 50 inclusive,<br>_____ | **Case No. 2:09-cv-03601 FCD GGH**<br>(Related to 2:09-cv-3049 FCD GGH)<br><br>**STIPULATION AND ORDER TO CHANGE HEARING DATE ON MOTIONS**<br><br>Dated filed: November 17, 2009 |

Page 1

1    Plaintiff CARL R. WRIGHT ("Wright") and Defendant RBC CAPITAL MARKETS
2 CORPORATION ("RBC"), through their respective counsel of record, enter into the following
3 Stipulation with reference to the following facts:
4    A. RBC filed a Motion to Dismiss or Stay Plaintiff's First Amended Complaint ("Motion
5 To Dismiss").  That motion presently is scheduled to be heard by this Court on April 9, 2010.
6    B. Wright filed a Counter-Motion for Determination that Defendants Cannot Pursue
7 Arbitration of Class Claims ("Counter-Motion").  That counter-motion presently is scheduled to be
8 heard by this Court on April 9, 2010.
9    C. William P. Torngren, co-counsel for Wright, has experienced unanticipated matters
10 relating to the health of family members.  Those matters include:
11      (1) From March 16-18, 2010, I was in San Francisco for my wife's initial
12      appointments and testing for enrollment in a clinical study relating to the treatment of hypo-
13      parathyroidism.  The appointments and tests took longer than expected and required that we
14      stay in San Francisco until they were completed around 1:30 p.m. on March 18.
15      (2) On the drive home from San Francisco, I was told that my mother had been
16      ambulanced and admitted to Mercy General Hospital with extreme abdominal pain, which
17      was diagnosed to be panacreatitis.  As of Monday, March 22, 2010, no discharge date was
18      set.  She had not had any solid foods other than gelatin and ice cream.  She was to be
19      evaluated by a physical therapist.  She is 85 years old, has a degenerative muscle disease,
20      and lives alone.  I will be responsible for getting her home and making arrangements for and
21      participating in her care until she rebuilds her strength.  I expect that she will be discharged
22      sometime during the week of March 22, 2010.
23    D. The parties agreed to request that the Court enter the following Stipulation to
24 accommodate my tending to matters relating to the health of my family members.

25                                   **STIPULATION**
26    1. The parties agree and stipulate that the hearing on the Motion To Dismiss and Counter-
27 Motion will be continued to a date set by the Court.
28 / / / /

2. Counsel are available for the hearing on May 7, 2010 and respectfully request that the Court set the continued hearing for May 7, 2010.

3. Opposition and a reply briefs shall be due in accordance with the local rules of the Court and based upon the rescheduled hearing date.

Dated: March 23, 2010

**LAW OFFICES OF
SCOT D. BERNSTEIN**
A Professional Corporation

**ALEXANDER KRAKOW + GLICK LLP**

**LAW OFFICES OF
WILLIAM P. TORNGREN**

By   /s/ William P. Torngren
         William P. Torngren

Attorneys for Plaintiff

Dated: March 23, 2010

Rebecca D. Eisen
Alison B. Willard
Steven K. Ganotis
**MORGAN LEWIS & BOCKIUS LLP**

By   /s/ Alison B. Willard
         Alison B. Willard

Attorneys for Defendant
RBC CAPITAL MARKETS
CORPORATION

## ORDER

Good cause appearing, the Court enters the above Stipulation as its Order and sets hearing on the Motion and Counter-Motion for May 7, 2010, at 10:00 a.m.

Dated: March 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE