1 | CAPTION ON FOLLOWING PAGE

2 | William P. Torngren, State Bar No. 58493
LAW OFFICES OF WILLIAM P. TORNGREN
3 | 117 "J" Street, #300
Sacramento, CA
4 | Tel:  (916) 554-6447
Fax:  (916) 554-6445
5 | torngren@torngrenlaw.com

6 | Scot D. Bernstein, State Bar No. 94915
LAW OFFICES OF SCOT D. BERNSTEIN
7 | A Professional Corporation
101 Parkshore Drive, Suite 100
8 | Folsom, California 95630
Tel: (916) 447-0100
9 | Facsimile: (916) 933-5533
swampadero@sbernsteinlaw.com
10

Gail A. Glick, State Bar No. 174293
11 | ALEXANDER KRAKOW + GLICK LLP
401 Wilshire Boulevard, Suite 1000
12 | Santa Monica, California 90401
Tel: (310) 394-0888
13 | Fax: (310) 394-0811
gglick@akgllp.com
14

Attorneys for Plaintiff
15 | CARL R. WRIGHT

16 | Rebecca D. Eisen, State Bar No. 96129
Alison B. Willard, State Bar No. 268672
17 | Steven K. Ganotis, State Bar No. 234252
MORGAN, LEWIS & BOCKIUS LLP
18 | One Market, Spear Street Tower
San Francisco, CA  94105-1126
19 | Tel:    415.442.1000
Fax:    415.442.1001
20 | reisen@morganlewis.com
awillard@morganlewis.com
21 | sganotis@morganlewis.com

22 | Attorneys for Defendant
RBC CAPITAL MARKETS CORPORATION
23

24

25

26

27

28

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. WRIGHT, on behalf of himself, all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS CORPORATION, a corporation formerly doing business as RBC DAIN RAUSCHER INC., RBC DAIN RAUSCHER INC., RBC WEALTH MANAGEMENT; a division of RBC CAPITAL MARKETS CORPORATION, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:09-cv-03601 FCD GGH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER TO FIRST AMENDED COMPLAINT AND PARTIES TO FILE JOINT PRETRIAL SCHEDULING CONFERENCE STATEMENT BY 30 DAYS** |

Defendant RBC Capital Markets Corporation ("RBC") and Plaintiff Carl R. Wright ("Wright") (collectively, the "Parties") submit the following Joint Stipulation and Proposed Order extending the time for RBC to file its Answer to Wright's First Amended Complaint and the time for the Parties to file the Joint Pretrial Scheduling Conference Statement by thirty (30) days while the Parties attempt to reach an agreement settle this action in its entirety.

1. Wright filed this putative class and representative action in the Sacramento County Superior Court on November 17, 2009, alleging various violations of the California Labor Code. The action was removed to this Court on December 29, 2009 pursuant to the Class Action Fairness Act of 2005.

2. On January 29, 2010, RBC filed its partial motion to dismiss or stay Wright's First Amended Complaint. RBC's motion was heard on June 4, 2010. On June 24, 2010, this Court issued its Memorandum and Order ("Order") staying Wright's fourth claim for relief and related derivative claims and dismissing Wright's first claim for relief and derivative claims under the first-to-file rule.

3. The Order provided that RBC would answer the remaining allegations in the First Amended Complaint within twenty (20) days of the Order and that the Parties would file a Joint Pretrial Scheduling Conference Statement within thirty (30) days of the Order.

4. Based in part on the narrowing of issues and claims following the Court's Order, the Parties are now engaged in settlement discussions and believe that there is a potential to reach an agreement to resolve this action in its entirety within the next thirty (30) days.

5. In order to avoid unnecessary attorneys' fees and costs associated with the preparation and filing of RBC's Answer and the Joint Pretrial Scheduling Conference Statement and focus on resolving this action in a timely fashion, the Parties agree that the deadlines to file RBC's Answer and the Joint Pretrial Scheduling Conference Statement should be extended by thirty (30) days each.

6. Accordingly, the Parties agree that the deadline for RBC to file its Answer to Wright's First Amended Complaint should be extended by thirty (30) days. RBC's Answer to the First Amended Complaint will be filed no later than August 13, 2010. The Parties further agree

that the deadline to file the Joint Pretrial Scheduling Conference Statement will be extended by thirty (30) days.  The Joint Pretrial Scheduling Conference Statement will be filed no later than August 23, 2010.

Dated: July 12, 2010						MORGAN, LEWIS & BOCKIUS LLP

								By     *s/Steven K. Ganotis*
								    Alison B. Willard
								    Steven K. Ganotis
								    Attorneys for Defendants
								    RBC CAPITAL MARKETS
								    CORPORATION, RBC DAIN
								    RAUSCHER INC., AND RBC WEALTH
								    MANAGEMENT

Dated: July 12, 2010						LAW OFFICES OF WILLIAM P. TORNGREN

								By     *s/William P. Torngren*
								    William P. Torngren
								    Attorneys for Wright
								    CARL R. WRIGHT

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the deadline for RBC to file its Answer to Wright's First Amended Complaint should be extended by thirty (30) days.  RBC's Answer to the First Amended Complaint will be filed no later than August 13, 2010.  The deadline for the Parties to file the Joint Pretrial Scheduling Conference Statement will be extended by thirty (30) days.  The Joint Pretrial Scheduling Conference Statement will be filed no later than August 23, 2010.

Date: July 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE