REBECCA EISEN, State Bar No. 96129
ALISON B. WILLARD, State Bar No. 268672
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  reisen@morganlewis.com
           awillard@morganlewis.com

Attorneys for Defendant
RBC CAPITAL MARKETS, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. WRIGHT, on behalf of himself, all others similarly situated, and the general public, and as an "aggrieved employee" under the California labor Code Private Attorneys General Act<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS CORPORATION, a corporation formerly doing business as RBC DAIN RAUSCHER INC., RBC DAIN RAUSCHER INC., RBC WEALTH MANAGEMENT; a division of RBC CAPITAL MARKETS CORPORATION, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:09-cv-03601 KJM GGH<br>(Related to 2:09-cv-3049 KJM GGH)<br><br>**ORDER IN SUPPORT OF JOINT STIPULATION OF DISMISSAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22358516.1

ORDER IN SUPPORT OF JOINT
STIPULATION OF DISMISSAL
CASE NO. 2:09-CV-03601 KJM GGH

## **ORDER**

On stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED that:

1) All of Plaintiff's individual claims as set forth in his Complaint are dismissed with prejudice in their entirety as provided by Fed. R. Civ. P. 41.

2) All claims of the putative class, the general public, and "aggrieved employees" other than Plaintiff as set forth in the Complaint are dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

3) No party shall be entitled to costs or attorney's fees because of this dismissal.

4) The above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class.

5) The Clerk of the Court is directed to CLOSE this case.

Dated: April 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22358516.1                    2                    ORDER IN SUPPORT OF JOINT
                                                       STIPULATION OF DISMISSAL
                                                       CASE NO. 2:09-CV-03601 KJM GGH